UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTHONY HINRICHS, et al., )<br>)<br>       Plaintiffs, )<br>)<br>   v. )<br>                                                          )     CASE NO. 1:05-cv-0813-DFH-TAB<br>BRIAN BOSMA, in his official capacity )<br>as Speaker of the House of )<br>Representatives of the Indiana )<br>General Assembly, )<br>)<br>       Defendant. ) | |

FINAL DECLARATORY JUDGMENT AND PERMANENT INJUNCTION

This matter having been tried to the court, and the court having issued its findings of fact and conclusions of law, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. That defendant Speaker of the House of Representatives of the Indiana General Assembly, in his official capacity, is permanently enjoined from permitting sectarian prayers to be offered as part of the official proceedings of the House of Representatives. If the Speaker chooses to continue to permit non-sectarian prayers as part of the official proceedings, he shall advise all persons offering such prayers (a) that the prayers must be non-sectarian and must not be used to proselytize or advance any one faith or belief or to disparage any other faith or belief, and (b) that the prayers should not use Christ's name or title or any

-2-

other denominational appeal.  This injunction applies to the Speaker, and to his agents, servants, employees, and attorneys, and all other persons in active concert with them who receive actual notice of this injunction by personal service or otherwise.

2.	That the defendant Speaker's practice of permitting sectarian prayers as part of the official proceedings of the House of Representatives, as shown by the evidence, is declared to violate the Establishment Clause of the First Amendment to the United States Constitution, as applied to the States through the Fourteenth Amendment to the United States Constitution.

Date: November 30, 2005

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Kenneth J. Falk
INDIANA CIVIL LIBERTIES UNION
ken.falk@iclu.org

Thomas M. Fisher
INDIANA STATE ATTORNEY GENERAL
tfisher@atg.state.in.us

Anita Y. Woudenberg
James Bopp, Jr.
Richard E. Coleson
BOPP, COLESON & BOSTROM
awoudenberg@bopplaw.com
jboppjr@aol.com
rcoleson@bopplaw.com